**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01544-LTB

PAUL A . MITCHELL,

    Plaintiff,

v.

BOYD N. BOLAND,
CRAIG B. SHAFFER,
GREGORY A. EURICH,
WILLIAM V. ALLEN,
DEREK C. BLASS, and
APRIL M. MCMURREY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion for Magistrate Judge Gallagher to Certify Order" (ECF No. 9) is DENIED.

Dated: August 4, 2015