**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01544-LTB

PAUL A . MITCHELL,

    Plaintiff,

v.

BOYD N. BOLAND,
CRAIG B. SHAFFER,
GREGORY A. EURICH,
WILLIAM V. ALLEN,
DEREK C. BLASS, and
APRIL M. MCMURREY,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion for Magistrate Judge Gallagher to Certify Order" (ECF No. 12), Plaintiff's "Motion for District Judge Babcock to Certify Order of Dismissal" (ECF No. 13), and Plaintiff's "Motion for Deputy Clerk A. Garcia Gallegos to Certify Judgment" (ECF No. 14) are DENIED.

Dated:  August 11, 2015